1  KAREN L. LYNCH, INC.
2  Karen L. Lynch, SBN 161088
   1204 West Shaw Avenue, Suite 102
3  Fresno, CA 93711
   (559) 478-4370
4  (559) 478-5073 (Fax)
5  kllynch@lawyer.com



FILED

OCT 2 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6  Attorney for Defendant, DEBBIE DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| UNITED STATES OF AMERICA | Case No. 1:13-~~MS-00016~~ ~~BAM~~ cr-00345 GSA |
|---|---|
| Plaintiff, | |
| v. | **WAIVER OF PERSONAL APPEARANCE and ORDER** |
| DEBBIE DYER | |
| Defendant. | |

The undersigned defendant, DEBBIE DYER, having been advised of his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to, arraignment and/or initial appearance, plea, status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, entry of plea, trial and imposition of sentence, hereby waives the right to be present at said hearings, and requests the court to allow her attorney to make such appearances on his behalf and to request the Court to set a motions schedule and/or schedule the matter for trial or such hearings as may be appropriate at a time mutually convenient to the court and counsel. Defendant further hereby requests the court to proceed during every absence of her which the court may permit pursuant to this

1  waiver; agrees that his interests will be deemed represented at all times by the presence of
2  her attorney, the same as if defendant was personally present.  This request is made
3  pursuant to Fed.R.Crim.P. 43(c)(2) and (3).

4      This request is made because Defendant, DEBBIE DYER, resides in Fresno and is
5  currently employed, but is on leave, at the Internal Revenue Service and also has health
6  problems which also impede her ability to walk.  Appearances would be both a financial
7  and personal hardship.   Defendant DEBBIE DYER wishes to limit the number of personal
8  court appearances and minimize the time and expense of travel to court.

11  Dated: October 24, 2013

12  By: /s/ Debbie Dyer
    DEBBIE DYER, Defendant

14  Dated: October 24, 2013    KAREN L. LYNCH, INC., A PROFESSIONAL LAW
15      CORPORATION

17  By: /s/ Karen L. Lynch
18  KAREN L. LYNCH, Attorney for Defendant,
    DEBBIE DYER

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

## IT IS SO ORDERED

Good cause appearing therefore, the Court grants Defendant's request and orders that Defendant does not have to personally appear but can appear through counsel, Karen L. Lynch, Esq., of Karen L. Lynch, A Professional Law Corporation, 1204 West Shaw Suite 102, Fresno, California 93711

DATED: October 24, 2013

_____
HONORABLE GARY AUSTIN
United States District Court Magistrate Judge