Karen L. Lynch, SBN 161088

KAREN L. LYNCH, INC.
A Professional Law Corporation
1204 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 478-4370
Facsimile: (559) 478-5073

Attorney for Defendant, DEBBIE DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>   v.<br><br>DEBBIE DYER<br><br>               Defendant. | Case No: 1:13-cr-00345-GSA<br><br>**STIPULATION AND ORDER TO TERMINATE PROBATION** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

On November 14, 2013, having previously agree to magistrate jurisdiction, the defendant entered a plea of guilty to Count 1, Unauthorized Inspection of Returns or Return Information, in violation of Title 26, United States Code, Section 7213A (Class A Misdemeanor) in exchange for the government recommending that the defendant pay a five hundred dollar ($500) fine, pay a twenty-five dollar ($25) penalty assessment, and serve a term of one (1) year of unsupervised probation, including the mandatory condition to obey all laws.

On November 15, 2013 Magistrate Judge Oberto entered judgment against defendant for violation of Title 26, United States Code, Section 7213A (Class A Misdemeanor) and ordered that defendant pay a five hundred dollar ($500) fine, pay

a twenty-five dollar ($25) penalty assessment, and serve a term of one (1) year of unsupervised probation, including the mandatory condition to obey all laws.

    Having paid the fine and assessment in total, the government through Special Assistant U.S. Attorney, Elliott C. Montgomery, and defendant's counsel, Karen L. Lynch stipulate that probation be terminated and that the review hearing be taken off calendar.

Date: March 21, 2014

    KAREN L. LYNCH, INC.

    By:  /s/
    Karen L. Lynch,
    Attorney for Defendant, DEBBIE DYER

    ELLIOT C. MONTGOMERY

    By: /s/ Elliott C. Montgomery
    Elliott C. Montgomery
    Special Assistant U.S. Attorney

**ORDER**

Pursuant to the joint motion of the parties to terminate early the Defendant's term of probation, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satified that such action is warranted by the conduct of the Defendant and that the termination is in the interst of justice and hereby discharges the Defendant from her probationary term under 18 U.S.C. § 3564(c).

The review hearing presently schedueld for November 6, 2104 at 10:00 a.m. in Courtroom 9 is hereby vacated and, if applicable, any other dates are also vacated.

IT IS SO ORDERED.

Dated: **May 8, 2014**

_____
UNITED STATES MAGISTRATE JUDGE